**Kayode RAJI, Petitioner,**

v.

**U.S. IMMIGRATION & NATURALIZATION SERVICE; Janet Reno, Respondents.**

No. 00–2006.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 26, 2001.

Decided Feb. 7, 2001.

Taiwo A. Agbaje, Agbaje & Associates, P.A., Baltimore, MD, for petitioner. David W. Ogden, Assistant Attorney General, Margaret J. Perry, Senior Litigation, Julia

K. Doig, Office of Immigration Litigation, United States Department of Justice, Washington, DC, for respondents.

Before MICHAEL, DIANA GRIBBON MOTZ, and KING, Circuit Judges.

PER CURIAM.

Kayode Raji seeks review of the Board of Immigration Appeals' ("Board") decision and order denying his motion to reopen his immigration proceedings as untimely. Our review of the record discloses that the Board properly dismissed Raji's motion to reopen as untimely. Accordingly, we affirm on the reasoning of the Board. *See Raji v. INS,* No. A71–792–971 (B.I.A. July 21, 2000). We deny Raji's motion to supplement the record with newly discovered evidence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*